IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EBONY SAMUEL, SIDDEEQUAH A. McCRAE, CIERA COLBERT, and TAMMY ENGLISH,<br><br>    Plaintiffs,<br><br>v.<br><br>DERMATOLOGY ASSOCIATES OF ATLANTA, P.C. and DR. EDMOND I. GRIFFIN,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-cv-2720-WMR-JSA<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiffs and the Defendants, and, pursuant to Federal Rule of Civil Procedure 4l(a)(l)(ii), hereby dismiss the above-styled civil action in its entirety WITH PREJUDICE, each party to pay its own fees, costs, and expenses.

Respectfully submitted this 5th day of April, 2022.

WE CONSENT AND SO STIPULATE:

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
Oladimeji A. Ogunsola
Georgia Bar No. 857808
ICHTER DAVIS, LLC
3340 Peachtree Rd. NE

/s/ David A. Cole
David A. Cole
Georgia Bar No. 142383
Andrew J. Kim
Georgia Bar No. 488753
FREEMAN MATHIS & GARY, LLP

Suite 1530  
Atlanta, GA 30326  
(T) (404) 869-7600  
(F) (404) 869-7610  
(E) cichter@ichterdavis.com

100 Galleria Parkway  
Suite 1600  
Atlanta, GA 30339-5948  
(T) (770) 818-0000  
(F) (770) 937-9960  
(E) dcole@fmglaw.com

## CERTIFICATION

In accordance with LR 5.1C, ND GA, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Cary Ichter*
Cary Ichter

## CERTIFICATE OF SERVICE

I certify that on April 5, 2022, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will send notice of the filing and a copy of same to all counsel of record for all parties.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

- 3 -